PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CARMEN MORROW,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-0250-AC<br><br>[~~PROPOSED~~] ORDER |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Deadlines as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

1. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to October 11, 2017.

Stip. and [Proposed] Order to Extend Briefing Schedule; 2:17-cv-0250-AC

1

2. All other deadlines and scheduling matters set forth in the Court's February 6, 2017 Scheduling Order remain the same.

IT IS SO ORDERED this 11th day of September, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. and [Proposed] Order to Extend Briefing Schedule; 2:17-cv-0250-AC