PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CARMEN MORROW,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-0250-AC<br><br>[~~PROPOSED~~] ORDER |

Having reviewed Defendant's Motion for Extension and finding good cause, the Court hereby EXTENDS the schedule in this matter as follows:

1. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to November 10, 2017.

2. All other deadlines and scheduling matters set forth in the Court's February 6, 2017 Scheduling Order remain the same.

[Proposed] Order to Extend Briefing Schedule; 2:17-cv-0250-AC

1

IT IS SO ORDERED this 12th day of October, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE