1 PHILLIP A. TALBERT
United States Attorney
2 DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
3 Social Security Administration
ELLINOR R. CODER, CA 258258
4 Special Assistant United States Attorney
    160 Spear Street, Suite 800
5     San Francisco, California 94105
    Telephone: (415) 977-8955
6     Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
7
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARMEN ANN MORROW,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:17-cv-00250-AC<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: October 31, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE